## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

| | | |
|---|---|---|
| **GWINIFER BRONSON,** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No.: 4:21-cv-0052-JMV |
| | § | |
| **KILOLO KIJAKAZI[1]**, | § | |
| **Commissioner of Social Security,** | § | **DEFENDANT** |

### ORDER

Before the Court is Defendant's Unopposed Motion to Remand. In support of the motion, Defendant states the final administrative decision did not properly determine that Plaintiff could perform work at step five of sequential evaluation process and that, in light of this error, the Commissioner has concluded that remand should be obtained in order to consider the record evidence. For good cause shown, the Court is of the opinion that said motion should be granted.

It is, therefore, ORDERED that this cause be REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SIGNED this 1st day of September, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. The Clerk is directed to amend the record to reflect the substitution of the Acting Commissioner in the place of Andrew Saul.