IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | | |
|---|---|---|
| **GWINIFER BRONSON,** § | | **PLAINTIFF** |
| § | | |
| v. § | | Civil Action No.: 4:21-cv-0052-JMV |
| § | | |
| **KILOLO KIJAKAZI,** § | | |
| **Commissioner of Social Security,** § | | **DEFENDANT** |

## FINAL JUDGMENT

Consistent with the Order [19] granting motion to remand entered today,

IT IS ORDERED, ADJUDGED, and DECREED that this case is REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SIGNED this 1st day of September, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE